| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | MARC C. AMENT, Bar #59080<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>PETER RALPH OHANIAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:08-cr-0046 LJO |
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE STATUS<br>CONFERENCE;  ORDER |
| PETER RALPH OHANIAN, | ) | |
| Defendant. | ) | Date:  June 13, 2008<br>Time:  9:00 a.m.<br>Judge: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the status conference in the above-entitled matter now set for April 25, 2008, **may be continued to June 13, 2008, at 9:00 a.m.**

This continuance is requested by counsel for defendant to allow additional time for defense preparation and time to review the government's forensic report not yet available.  The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///
///
///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                                      McGREGOR W. SCOTT
United States Attorney

DATED: April 22, 2008         By:   /s/ Sherrill A. Carvalho
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: April 22, 2008         By:   /s/ Marc C. Ament
MARC C. AMENT
Assistant Federal Defender
Attorney for Defendant

**ORDER**

Time is excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   April 22, 2008**         /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE