DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PETER RALPH OHANIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PETER RALPH OHANIAN, ) <br> ) <br> Defendant. ) <br> ) | No. 1:08-cr-0046 LJO <br><br> STIPULATION TO MODIFY CONDITIONS OF RELEASE FOR TRAVEL; ORDER <br><br> Judge: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** that the order of release for defendant Peter Ralph Ohanian be modified to allow him to travel by car from his home in Madera, California, to Fresno, California, for the purpose of visiting a close family friend, Juanita Hunt.  As verified by Mrs. Hunt's son, third party custodian, John Hunt, Mrs. Hunt is 78 years old and was diagnosed with inoperable lung cancer two weeks ago.  John Hunt and Mr. Ohanian have been close friends since childhood, and the families consider Mrs. Hunt to be a second mother to Mr. Ohanian.  The visit will occur at the residence of Mrs. Hunt and John Hunt who reside at 5098 E. Ashlan, Apt. 118, Fresno, California 93627.  Mr. Ohanian may

///

///

///

///

///

1  visit with Mrs. Hunt and her son for three hours on a date in May 2008 to be determined by the Pretrial
2  Services Officer.  All other conditions of release shall remain in full force and effect.

                McGREGOR W. SCOTT
                United States Attorney

DATED: May 5, 2008      By:  /s/ Sherrill A. Carvalho
                SHERRILL A. CARVALHO
                Assistant U.S. Attorney
                Attorney for Plaintiff

                DANIEL J. BRODERICK
                Federal Defender

DATED: May 5, 2008      By:  /s/ Marc C. Ament
                MARC C. AMENT
                Assistant Federal Defender
                Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

  Dated:  **May 6, 2008**       **/s/ Gary S. Austin**
                UNITED STATES MAGISTRATE JUDGE