DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PETER RALPH OHANIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PETER RALPH OHANIAN, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:08-cr-00046 LJO <br><br> STIPULATION TO MODIFY CONDITIONS OF RELEASE FOR TRAVEL; ORDER <br><br> Judge: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** that the order of release for defendant, Peter Ralph Ohanian, be modified to allow him to travel by car from his home in Madera, California, to Fresno, California, for the purpose of attending the wedding of his daughter, Melanie Ohanian.  As verified by Pretrial Service Officer Jacob Scott, the wedding is scheduled for July 19, 2008, at 4:00 p.m. at the Holiday Inn, 5090 E. Clinton Way, Fresno, California.  Mr. Ohanian may leave his residence not sooner than 2:00 p.m. on July 19, 2008, drive directly to 5090 E. Clinton Way, Fresno, participate in a pre-wedding photo session, attend the wedding and reception following at the same location, and return directly home.  He shall return home on or before 10:00 p.m. the same day.  Mr. Ohanian shall submit to such additional terms and limitations as the United States Pretrial Service Officer may require.

**IT IS HEREBY FURTHER STIPULATED** that the order of release for defendant, Peter Ralph Ohanian, be modified to allow him to travel by car from his home in Madera, California, to Fresno, California, for the purpose of attending the practice rehearsal for the wedding of his daughter, Melanie

1  Ohanian.  As verified by Pretrial Service Officer, Jacob Scott, the rehearsal is scheduled for July 18, 2008,
2  at 6:00 at 5090 E. Clinton Way, Fresno, California.  Mr. Ohanian may leave his residence not sooner than
3  5:00 p.m. on July 18, 2008, drive directly to 5090 E. Clinton Way, Fresno, participate in a wedding
4  rehearsal, and return directly home.  He shall return home on or before 8:00 p.m. the same day.  Mr.
5  Ohanian shall submit to such additional terms and limitations as the United States Pretrial Service Officer
6  may require.
7         All other conditions of release shall remain in full force and effect.

               McGREGOR W. SCOTT
               United States Attorney

DATED: July 14, 2008        By:      /s/ Sherrill A. Carvalho
                                    SHERRILL A. CARVALHO
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


               DANIEL J. BRODERICK
               Federal Defender

DATED: July 14, 2008        By:      /s/ Marc C. Ament
                                    MARC C. AMENT
                                    Assistant Federal Defender
                                    Attorney for Defendant


                              **ORDER**


       IT IS SO ORDERED.
       Dated:   **July 15, 2008**        **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

Ohanian - Stipulation and Order              2