DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PETER RALPH OHANIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> PETER RALPH OHANIAN, <br><br> *Defendant*. | No. 1:08-cr-0046 LJO <br><br> STIPULATION TO MODIFY CONDITIONS OF RELEASE FOR TRAVEL; [PROPOSED] ORDER <br><br> Judge: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** that the order of release for defendant Peter Ralph Ohanian be modified to allow him to travel by car from his home in Madera, California, to Fresno, California, for the purpose of attending the Memorial Service of Juanita Hunt, the close family friend who was the subject of a release for travel order by this court dated May 6, 2008. Dkt. 18. As verified by Pretrial Service Officer Jacob Scott, the Memorial Service is scheduled for July 26, 2008, at 10:00 a.m. at the Chapel of the Light, 1620 West Belmont Avenue, Fresno, California., and the reception to follow is planned to be at the home of Ms. Hunt, 5098 E. Ashlan Avenue, Apt. 118, Fresno, California. Mr. Ohanian may leave his residence no sooner than 8:30 a.m. on July 26, 2008, drive directly to the Chapel of the Light, attend the Memorial Service, immediately thereafter travel to the home of Ms. Hunt for the reception, and then return directly home. He shall return home on or before 3:30 p.m. the same day. Mr. Ohanian shall submit to such additional terms and limitations as the United States Pretrial Service Officer may require.

///

1  All other conditions of release shall remain in full force and effect.

                                                  McGREGOR W. SCOTT
United States Attorney

DATED: July 24, 2008       By:    /s/ Sherrill A. Carvalho
                                                          SHERRILL A. CARVALHO
Assistant U.S. Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: July 24, 2008       By:    /s/ Marc C. Ament
                                                          MARC C. AMENT
Assistant Federal Defender
Attorney for Defendant


**ORDER**


IT IS SO ORDERED.

**Dated:  July 25, 2008**          **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE