DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PETER RALPH OHANIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:08-cr-0046 LJO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE; ORDER |
| | ) | |
| PETER RALPH OHANIAN, | ) | |
| | ) | Date: October 10, 2008 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the status conference in the above-entitled matter now set for August 8, 2008, **may be continued to October 10, 2008, at 9:00 a.m.**

This continuance is requested by counsel for defendant to allow additional time for defense preparation and settlement negotiations. The requested continuance by continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///
///
///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                                           McGREGOR W. SCOTT
                                                           United States Attorney

DATED: August 6, 2008                    By:   /s/ Sherrill A. Carvalho
                                                           SHERRILL A. CARVALHO
                                                           Assistant U.S. Attorney
                                                           Attorney for Plaintiff

                                                           DANIEL J. BRODERICK
                                                           Federal Defender

DATED: August 6, 2008                    By:   /s/ Marc C. Ament
                                                           MARC C. AMENT
                                                           Assistant Federal Defender
                                                           Attorney for Defendant

**ORDER**

Time is excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   August 6, 2008**                 /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE