# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



| | | |
|---|---|---|
| United States of America | ) | AUG 1 8 2008 |
| vs. | ) Case No. | CLERK, U.S. DISTRICT COURT |
| Peter Ralph Ohanian | ) 1:08cr0046 LJO | EASTERN DISTRICT OF CALIFORNIA |
| | ) | BY _____ DEPUTY CLERK |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Peter Ralph Ohanian___, have discussed with ___Jacob M. Scott___, Supervising Pretrial Officer, modifications of my release conditions as follows:

To modify the defendant's electronic monitoring from home incarceration to **HOME DETENTION:** You are restricted to your residence at all times except for religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the Pretrial Services Officer. All other previously imposed conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_ 8-13-08        _[signature]_ 8-15-08
Signature of Defendant    Date           Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                  8-15-08
Signature of Assistant United States Attorney         Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                  8/15/08
Signature of Defense Counsel                          Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___8/18/08___.
☐ The above modification of conditions of release is *not* ordered.

_[signature] SM SNYDER_                        8/18/08
Signature of Judicial Officer                         Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services