| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | MARC C. AMENT, Bar #59080 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
PETER RALPH OHANIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 1:08-cr-0046 LJO |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE;  ORDER |
| | ) | |
| PETER RALPH OHANIAN, | ) | |
| | ) | Date:   November 21, 2008 |
| Defendant. | ) | Time:   9:00 a.m. |
| | ) | Judge:  Honorable Lawrence J. O'Neill |

   **IT IS HEREBY STIPULATED** by and between the parties hereto that the status conference in the above-entitled matter now set for October 10, 2008, **may be continued to November 21, 2008, at 9:00 a.m.**

   This continuance is requested by counsel for defendant to allow additional time for defense preparation and settlement negotiations.  The requested continuance by continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///
///

1  The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B) in
2  that the ends of justice served by the continuance outweigh the best interest of the public and the defendant
3  in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
4  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

McGREGOR W. SCOTT
United States Attorney

DATED: October 8, 2008        By:   /s/  Sherrill A. Carvalho
                                    SHERRILL A. CARVALHO
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: October 8, 2008        By:   /s/  Marc C. Ament
                                    MARC C. AMENT
                                    Assistant Federal Defender
                                    Attorney for Defendant


### ORDER

**The Court understands the specific reasons for the continuance and finds good cause exists to grant the request.**  Time is excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:    October 8, 2008**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE