```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARC C. AMENT, Bar #59080
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  PETER RALPH OHANIAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 1:08-cr-0046 LJO |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE; ORDER |
| | ) | |
| PETER RALPH OHANIAN, | ) | |
| | ) | Date: January 30, 2009 |
| Defendant. | ) | Time: 8:45 a.m. |
| | ) | Judge: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the status conference in the above-entitled matter now set for December 5, 2008, **may be continued to January 30, 2009, at 8:45 a.m.**

This continuance is requested by counsel for defendant to allow additional time for defense preparation and settlement negotiations. The requested continuance by continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///
///
///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED: December 3, 2008         By:   /s/  Sherrill A. Carvalho
                                                     SHERRILL A. CARVALHO
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: December 3, 2008         By:   /s/  Marc C. Ament
                                                     MARC C. AMENT
                                                   Assistant Federal Defender
                                                   Attorney for Defendant

## ORDER

. Time is excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:    December 3, 2008**            /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE